## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV10-04558-AHM (SSx) | Date | May 2, 2011 |
|---|---|---|---|
| Title | WESLEY NIELSEN v. HILTON WORLDWIDE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David A. Huch<br>Derek J. Emge | Cynthia Filla |

**Proceedings:** MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT [21] (non-evidentiary)

    For reasons and findings stated on the record, the Court preliminary grants the motion for settlement approval of class action settlement subject to the parties filing a revised proposed preliminary notice. The revised notice must correct the proposed class definition, provide the average settlement amount as it relates to the approximate amount of hourly pay, and should increase the opt-out request and/or rejection time period.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | | SMO |