O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-04558-AHM (SSx) | Date | September 28, 2011 |
|---|---|---|---|
| Title | WESLEY NIELSEN v. HILTON WORLDWIDE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David A. Huch | Cynthia L. Filla |
| Derek J. Emge | |

**Proceedings:**   (1) FINAL FAIRNESS HEARING ON THE CLASS ACTION SETTLEMENT
(2) PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS AND SERVICE AWARD [30]
(3) PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL [32] (non-evidentiary)

   For reasons and findings stated on the record, the Court grants final approval of class action settlement and grants plaintiffs' motion for attorneys fees.  Order to issue.

|  | : | 07 |
|---|---|---|
| | Initials of Preparer | SMO |